IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE NOVAN, INC., SECURITIES )
LITIGATION, )
)  1:17-CV-999
)

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

It is hereby **ORDERED AND ADJUDGED** that the defendants' motions to dismiss, Docs. 47, 40, are **GRANTED** and this case is **DISMISSED** with prejudice.

This the 28th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE